United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CURTIS LEE MARLOW, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-2417 |
| § | |
| MCCLATCHY BROS., INC., d/b/a § | |
| MCCLATCHY BROS. TRUCKING, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on September 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge